# SEALED

**Office of the United States Attorney**
District of Nevada
333 Las Vegas Blvd., South, Ste. 5000
Las Vegas, Nevada 89101
(702) 388-6336

DANIEL G. BOGDEN
United States Attorney
District of Nevada
J. Gregory Damm
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) SEALED CRIMINAL INDICTMENT |
| Plaintiff, | ) 2:15-cr- 99 |
| vs. | ) VIOLATION: |
| ROGER LINARES, SERGIO ACOSTA, EVANGELINA DOMINGUEZ AND DIEGO QUINTERO, | ) 18 U.S.C. § 371 – CONSPIRACY TO DEFRAUD THE UNITED STATES and 26 U.S.C. § 7206(2) – AIDING OR ADVISING FALSE INCOME TAX RETURNS |
| Defendants. | ) |

**THE GRAND JURY CHARGES THAT:**

<u>Count 1</u>
<u>18 U.S.C. § 371</u>
<u>Conspiracy to Defraud the United States</u>

THE CONSPIRACY

1. From a date unknown to the Grand Jury, but beginning no later than January 23, 2009, and continuing thereafter to at least April 15, 2010, in the District of Nevada,

ROGER LINARES, SERGIO ACOSTA,
EVANGELINA DOMINGUEZ AND
DIEGO QUINTERO,

defendants herein, did unlawfully, voluntarily, intentionally and knowingly conspire, combine, confederate, and agree together and with each other and with other individuals both known and unknown to the Grand Jury to defraud the United States for the purpose of impeding, impairing, obstructing, and defeating the lawful Government functions of the Internal Revenue Service of the Treasury Department in the ascertainment, computation, assessment, and collection of the revenue: to wit, income taxes.

PARTIES, PERSONS AND ENTITIES

At all relevant times,

2. Defendant ROGER LINARES was part owner of a tax preparation business with eleven business locations in Nevada and Utah.

3. Defendants SERGIO ACOSTA, EVANGELINA DOMINGUEZ and DIEGO QUINTERO were tax preparers working at the above-mentioned tax preparation business.

MANNER AND MEANS BY WHICH THE CONSPIRACY WAS CARRIED OUT

The manner and means by which the conspiracy was sought to be accomplished included, among others, the following:

4. The defendants created and inflated deductions on their clients' tax returns. The deductions included general sales tax, charitable contributions, tax preparation fees and unreimbursed employee business expenses.

5. The defendants also prepared tax returns that included false dependent deductions to which their clients were not entitled to take as deductions.

6. The defendants' use of false deductions had the effect of reducing clients' taxable income, which reduced the amount of federal tax due and owing and therefore generated income tax refunds to which the clients were not entitled to receive from the Department of the Treasury.

## OVERT ACTS

In furtherance of the conspiracy, and to effect the objects thereof, the following overt acts were committed in the District of Nevada, and elsewhere,

7. On or about January 26, 2009, defendant ROGER LINARES prepared a false and fraudulent federal income tax return for taxpayer A-15 for the tax year 2008, which included falsely claimed Schedule A – Itemized Deductions and false Dependent Deductions.

8. On or about March 13, 2010, defendant ROGER LINARES prepared a false and fraudulent federal income tax return for taxpayer A-7 for the tax year 2009, which included falsely claimed Schedule A – Itemized Deductions.

9. On or about January 23, 2009, defendant SERGIO ACOSTA prepared a false and fraudulent federal income tax return for taxpayer B-1 for the tax year 2008, which included falsely claimed Schedule A – Itemized Deductions and falsely claimed Child Tax Credits.

10. On or about March 31, 2010, defendant SERGIO ACOSTA prepared a false and fraudulent federal income tax return for taxpayer B-5 for the tax year 2009, which included falsely claimed Schedule A – Itemized Deductions.

11. On or about January 30, 2009, defendant EVANGELINA DOMINGUEZ prepared a false and fraudulent federal income tax return for taxpayer C-7 for the tax year 2008, which included falsely claimed Schedule A – Itemized Deductions.

12. On or about January 30, 2010, defendant EVANGELINA DOMINGUEZ prepared a false and fraudulent federal income tax return for taxpayer C-8 for the tax year 2009, which included falsely claimed Schedule A – Itemized Deductions and false Dependent Deductions.

13. On or about February 21, 2010, defendant DIEGO QUINTERO prepared a false and fraudulent federal income tax return for taxpayer D-1 for the tax year 2009, which included

falsely claimed Schedule A – Itemized Deductions, false Dependent Deductions and false Schedule C – Gross Receipts.

14. On or about February 2, 2010, defendant DIEGO QUINTERO prepared a false and fraudulent federal income tax return for taxpayer D-3 for the tax year 2009, which included falsely claimed Schedule A – Itemized Deductions and false Dependent Deductions.

All in violation of Title 18, United States Code, Section 371.

Counts 2-39
26 U.S.C. § 7206(2)
Aiding or Advising False Income Tax Returns

15. That on or about the dates hereinafter set forth, in the District of Nevada, the defendants, ROGER LINARES, SERGIO ACOSTA, EVANGELINA DOMINGUEZ and DIEGO QUINTERO, residents Nevada, did willfully aid and assist in, and procure, counsel, and advise the preparation and presentation to the Internal Revenue Service, of U.S. Individual Income Tax Returns, Forms 1040, either individual or joint, for the taxpayers and calendar years hereinafter specified. The returns were false and fraudulent as to material matters, in that they represented that the taxpayers were entitled under the provisions of the Internal Revenue laws to claim deductions for items and in amounts hereinafter specified, whereas, as the defendant then and there knew, the taxpayers were not entitled to claim deductions in the claimed amounts.

16. The allegations of paragraph 15, above, are repeated and re-alleged in Counts 2 through 39, inclusive, of this Indictment, as though fully set forth therein:

Defendant ROGER LINARES is charged in Counts 2-11 as follows –

| Count | Date of Offense | Taxpayer | Calendar Tax Year | Falsely Claimed Item | Amount Claimed |
|---|---|---|---|---|---|
| 2 | 02/05/2009 | A-1 | 2008 | Schedule A - Itemized Deductions | $2,145 |

| Count | Date of Offense | Taxpayer | Calendar Tax Year | Falsely Claimed Item | Amount Claimed |
|---|---|---|---|---|---|
| 3 | 02/16/2009 | A-4 | 2008 | Schedule A - Itemized Deductions Dependents | $4,615 |
| 4 | 03/29/2009 | A-6 | 2008 | Schedule A - Itemized Deductions | $4,187 |
| 5 | 03/13/2010 | A-7 | 2009 | Schedule A - Itemized Deductions | $1,838 |
| 6 | 02/07/2009 | A-8 | 2008 | Schedule A - Itemized Deductions Education Credits | $1,313 |
| 7 | 03/11/2009 | A-9 | 2008 | Schedule A - Itemized Deductions Dependents | $5,275 |
| 8 | 01/30/2009 | A-11 | 2008 | Schedule A - Itemized Deductions | $1,401 |
| 9 | 02/02/2009 | A-14 | 2008 | Schedule A - Itemized Deductions | $1,478 |
| 10 | 01/26/2009 | A-15 | 2008 | Schedule A - Itemized Deductions Dependents | $3,108 |
| 11 | 04/13/2009 | A-18 | 2008 | Schedule A - Itemized Deductions Education Credits | $2,948 |

Defendant SERGIO ACOSTA is charged in Counts 12-21 as follows –

| Count | Date of Offense | Taxpayer | Calendar Tax Year | Falsely Claimed Item | Amount Claimed |
|---|---|---|---|---|---|
| 12 | 01/23/2009 | B-1 | 2008 | Schedule A - Itemized Deductions Child Tax Credits | $4,257 |
| 13 | 03/11/2009 | B-4 | 2008 | Schedule A - Itemized | $3,827 |

5

| | | | | | |
|---|---|---|---|---|---|
| | | | | Deductions | |
| 14 | 03/31/2010 | B-5 | 2009 | Schedule A - Itemized Deductions | $3,575 |
| 15 | 01/23/2009 | B-6 | 2008 | Schedule A - Itemized Deductions | $937 |
| 16 | 04/22/2009 | B-9 | 2008 | Schedule A - Itemized Deductions Dependents | $2,878 |
| 17 | 02/14/2009 | B-10 | 2008 | Schedule A - Itemized Deductions | $1,080 |
| 18 | 02/23/2009 | B-12 | 2008 | Schedule A - Itemized Deductions | $1,741 |
| 19 | 02/14/2009 | B-14 | 2008 | Schedule A - Itemized Deductions | $2,813 |
| 20 | 02/12/2009 | B-16 | 2008 | Schedule A - Itemized Deductions | $1,725 |
| 21 | 01/29/2009 | B-19 | 2008 | Schedule A - Itemized Deductions Child Tax Credits | $2,665 |

Defendant EVANGELINA DOMINGUEZ is charged in Counts 22-29 as follows –

| Count | Date of Offense | Taxpayer | Calendar Tax Year | Falsely Claimed Item | Amount Claimed |
|---|---|---|---|---|---|
| 22 | 02/19/2009 | C-4 | 2008 | Schedule A - Itemized Deductions | $786 |
| 23 | 02/20/2009 | C-5 | 2008 | Schedule A - Itemized Deductions Dependents | $1,024 |
| 24 | 01/30/2009 | C-7 | 2008 | Schedule A - Itemized Deductions | $3,075 |
| 25 | 01/30/2010 | C-8 | 2009 | Schedule A - | $4,995 |

6

| Count | Date of Offense | Taxpayer | Calendar Tax Year | Falsely Claimed Item | Amount Claimed |
|---|---|---|---|---|---|
|  |  |  |  | Itemized Deductions Dependents |  |
| 26 | 02/11/2009 | C-9 | 2008 | Schedule A - Itemized Deductions Dependents | $3,823 |
| 27 | 02/16/2009 | C-11 | 2008 | Schedule A - Itemized Deductions Additional Child Tax Credit | $1,938 |
| 28 | 02/04/2009 | C-13 | 2008 | Schedule A - Itemized Deductions | $3,825 |
| 29 | 03/16/2009 | C-15 | 2008 | Schedule A - Itemized Deductions | $675 |

Defendant DIEGO QUINTERO is charged in Counts 30-39 as follows –

| Count | Date of Offense | Taxpayer | Calendar Tax Year | Falsely Claimed Item | Amount Claimed |
|---|---|---|---|---|---|
| 30 | 02/21/2010 | D-1 | 2009 | Schedule A - Itemized Deductions Dependents Schedule C - Gross Receipts | $3,748 |
| 31 | 01/13/2010 | D-2 | 2009 | Dependents | $7,641 |
| 32 | 02/02/2010 | D-3 | 2009 | Schedule A - Itemized Deductions Dependents | $6,795 |
| 33 | 02/11/2010 | D-4 | 2009 | Schedule A - Itemized Deductions | $2,737 |
| 34 | 01/27/2010 | D-6 | 2009 | Schedule A - Itemized Deductions | $1,853 |
| 35 | 01/22/2010 | D-8 | 2009 | Schedule A - Itemized Deductions | $1,688 |

7

| | | | | Education Credits | |
|---|---|---|---|---|---|
| 36 | 02/18/2010 | D-11 | 2009 | Schedule A - Itemized Deductions Dependents | $4,250 |
| 37 | 02/11/2010 | D-14 | 2009 | Schedule A - Itemized Deductions | $1,935 |
| 38 | 02/09/2010 | D-15 | 2009 | Schedule A - Itemized Deductions | $1,950 |
| 39 | 01/15/2010 | D-16 | 2009 | Schedule A - Itemized Deductions | $1,732 |

All in violation of Title 26, United States Code, Section 7206(2).

**DATED:** this 7th day of April, 2015.

**A TRUE BILL:**

/S/
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

*J. Gregory Damm*
J. Gregory Damm
Assistant United States Attorney

8